## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| KARLA FERNANDEZ, on behalf of herself and all other persons similarly situated, known and unknown, | )<br>)<br>) Case No. 16-cv-8601<br>) |
| Plaintiff, | ) Judge Der-Yeghiayan<br>) |
| v. | )<br>) |
| EL VALLE FLORIDO, INC., CARNICERIA EL PASO CHICO CORP., and CELIA RODRIGUEZ, individually, | )<br>)<br>)<br>) |
| Defendants. | ) |

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named Plaintiff, Karla Fernandez, and against the above-named Defendants, El Valle Florido, Inc., Carniceria El Paso Chico Corp., and Celia Rodriguez, individually, in the above-entitled action, on the 14th day of December, 2016, in the sum of $46,667.18 (Judgment for $34,359.78, attorney's fees of $11,662.47, and costs of $644.93); and the Plaintiff acknowledges payment of said judgment, fees and costs in full and desires to release said Judgment and hereby fully and completely satisfy the same.

Dated: July 5, 2017    Respectfully submitted,

                                                        s/Maureen A. Salas
                                                        One of Plaintiff's Attorneys

Douglas M. Werman – dwerman@flsalaw.com
Maureen A. Salas – msalas@flsalaw.com
Sarah J. Arendt - sarendt@flsalaw.com
Werman Salas P.C.
77 W. Washington Street, Suite 1402
Chicago, Illinois 60602
Attorneys for Plaintiff